JOHN C. MILLER, JR., #143323
MARK T. GALLAGHER, #180514
**MILLER LAW, INC.**
A Professional Law Corporation
MAILING ADDRESS:
Post Office Box 700
Folsom, California 95763-0700
Phone: (916) 351-1200
Fax: (916) 351-1244

Attorneys for Plaintiffs
JOHN SWOPE; TERRY SWOPE



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SWOPE;<br>TERRY SWOPE,<br><br>      Plaintiffs,<br><br>v.<br><br>EMPIRE FIRE AND MARINE INSURANCE COMPANY;<br>ZC STERLING INSURANCE AGENCY; and DOES 1 through 500, inclusive,<br><br>      Defendants.<br>_____ | CASE NO. 2:07-CV-00663-FCD-GGH<br><br>**STIPULATION CONTINUING DEFENDANT ZC STERLING INSURANCE AGENCY'S MOTION TO DISMISS; ORDER** |

IT IS HEREBY STIPULATED by Plaintiffs John Swope and Terry Swope, by and through their attorney Mark T. Gallagher, and Defendants Empire Fire and Marine Insurance Company and ZC Sterling Insurance Agency, by and through their attorney Sigrid Owczarek, that Defendant ZC Sterling Insurance Agency's motion to be dismiss currently scheduled for June 8, 2007 at 10:00 a.m. in Courtroom 2 be continued to June 22, 2007 at 10:00 a.m. in Courtroom 2.

This stipulation is based on the fact the parties have a mediation scheduled for May 21, 2007.

IT IS SO STIPULATED.

DATED: May 11, 2007             **MILLER LAW, INC.**

By: _____
     MARK T. GALLAGHER
     Attorneys for Plaintiffs

DATED: May __, 2007            **SEDGWICK, DETERT, MORAN & ARNOLD**

By: _____
    SIGRID OWCZAREK
    Attorneys for Defendants

## **ORDER**

IT IS HEREBY ORDERED that Defendant ZC Sterling Insurance Agency's motion to dismiss is continued to June 22, 2007 at 10:00 a.m. in Courtroom 2.

DATED: May 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

