UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN SWOPE, et al.,

        Plaintiff(s),

    v.

EMPIRE FIRE AND MARINE
INS. CO., et al.,

        Defendant(s).
_____/

NO. CIV. S-07-0663 FCD/GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the defendants, in the above action, the court has determined that this case has settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before July 30, 2007. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: May 29, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE